THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN DEAN, Appellant.

Submitted April 30, 2007; decided May 3, 2007

Motion for assignment of counsel granted and Jaime C. Louridas, Esq., care of Louridas & Louridas, Esqs., 3034 Patrick Road,

Schenectady, New York 12303 assigned as counsel to the appellant on the appeal herein.